UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-5950-SP | Date | May 16, 2016 |
|---|---|---|---|
| Title | BONNIE LOUIS SEVIER v. CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:** **(In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute**

On August 6, 2015 plaintiff filed a Complaint for Review of Final Decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On August 13, 2015, the court issued its Case Management Order in this matter. The Case Management Order set forth, inter alia, a schedule for filing of the Answer followed by plaintiff's Memorandum in Support of Plaintiff's Complaint. Defendant filed her Answer on December 28, 2015. Plaintiff's Memorandum in Support of Plaintiff's Complaint was therefore due on January 27, 2016.

Plaintiff filed two requests for extensions of time to file the Memorandum, which were granted on February 8 and March 8, 2016, respectively. Docket nos. 17, 19. On April 19, 2016, plaintiff filed a third request for an extension of time, but that request only sought an extension to April 21, 2016 to file the Memorandum. The court granted that request on April 25, 2016, as it appeared to the court from plaintiff's request that plaintiff contemplated filing the Memorandum soon after being granted another extension of time.

To date, however, the court has received no such Memorandum from plaintiff. Nor has plaintiff requested or obtained another order from the court granting an extension of time to do so in the three weeks since the court granted plaintiff's third extension request on April 25, 2016. It therefore appears that plaintiff has violated the court's orders and is not properly prosecuting this matter.

Accordingly, the court hereby issues this Order to plaintiff to Show Cause in

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-5950-SP | Date | May 16, 2016 |
|---|---|---|---|
| Title | BONNIE LOUIS SEVIER v. CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration | | |

writing not later than **May 23, 2016** why this action should not be dismissed for failure to prosecute. Plaintiff may discharge the Order to Show Cause by filing, not later than May 23, 2016, a written request for a reasonable extension of time for plaintiff to prepare, file, and serve a Memorandum in Support of Plaintiff's Complaint.

**The court warns plaintiff that failure to respond to the Order to Show Cause by May 23, 2016, or further failure to prosecute this action in accordance with the Case Management Order and other court orders, may result in dismissal of this action for failure to prosecute.**